**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **JERRY WAGGONER,** | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 3:19-CV-273 |
| **CIRCOR INTERNATIONAL, INC.,** | § § § | |
| Defendant. | § | |

**INDEX OF MATTERS BEING FILED**

| EXHIBIT | DESCRIPTION | PAGE(S) |
|---|---|---|
| 1 | All executed process, pleadings asserting causes of action, answers to such pleadings, all orders signed by the state judge | |
| | State court docket sheet | 2-3 |
| | Plaintiff's Original Petition | 4-23 |
| | Conference Notice | 24 |
| | Email re Undeliverable Message | 25 |
| | Request for Issuance of Citation | 26-29 |
| | Emails re Citation | 30-31 |
| | Notice of Case Setting/Action | 32-34 |
| | Return of Service re Citation | 35-36 |
| | Letter requesting Certified Copy of Case File | 37 |
| | Defendant's Answer and Affirmative and Other Defenses | 38-40 |
| 2 | Declaration of Ruben Lah | |
| 3 | Notice to State Court of Filing of Notice of Removal | |
| 4 | A list of all counsel of record, including addresses, telephone numbers and parties represented | |

FIRMWIDE:165982439.1 093634.1063