| | |
|---|---|
| **From:** | Michael Krieger <mkrieger@kmclaw.com> |
| **Sent:** | Friday, May 17, 2019 4:33 PM |
| **To:** | Wolf, Tracy |
| **Cc:** | 'jessica.lunine@imi-critical.com' |
| **Subject:** | [EXT] RE: Jerry Waggoner / IMI Critical - IMI Z&J |

External Email

Ms. Wolf,

I regret the delay in responding to your last communication. Jerry Waggoner has been contacting Circor's suppliers in other countries, the identity of which he would not be aware of absent his access to Circor's confidential information. This in addition to his contacting of Circor's employees as discussed previously has made this a difficult situation. My client will be reworking agreement terms to prevent further damage. These must include no contact by Mr. Waggoner of any customers, suppliers, process licensors or EPCs in the FCC and Delayed Coking Industries anywhere in the world. I will send a revised agreement next week for your review.



**Michael Krieger**
Attorney
d801-321-4814

---

**From:** Leger, Cheryl
**Sent:** Friday, May 10, 2019 2:01 PM
**To:** Michael Krieger
**Cc:** 'jessica.lunine@imi-critical.com' ; Wolf, Tracy
**Subject:** Jerry Waggoner / IMI Critical - IMI Z&J

*SENT ON BEHALF OF TRACY GRAVES WOLF*

Mr. Krieger:

Attached is correspondence relating to the above referenced matter. Should you have any questions regarding the same, feel free to contact Ms. Wolf at Tracy.Wolf@lewisbrisbois.com or 972-638-8672.

Thank you,



**Cheryl L. Leger**
**Legal Secretary**
Cheryl.Leger@lewisbrisbois.com

**T: 214.722.7140 F: 214.722.7111**

2100 Ross Avenue, Suite 2000, Dallas, Texas 75201 | LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

EXHIBIT 1